# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMUNICATION MANAGEMENT SERVICES, LLC, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | MISC. ACTION NO. 3:17-0572 |
| **BROOKS HARLOW, ATTORNEY AT LAW,** | : | (JUDGE MANNION) |
| Defendant | : | |

# ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED** that Gaines' motions to quash the subpoena to testify and produce documents issued to him by the defendant, in the case pending in the Oregon District Court, (Doc. 1, Doc. 3), are **DENIED**. The defendant's motion to transfer, (Doc. 6), is **DENIED**. The requests for attorney fees and costs of both parties regarding the instant motions are **DENIED**. The defendant and Gaines shall bear their owns fees and costs. The clerk of court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 13, 2017**
O:\Mannion\shared\MEMORANDA - DJ\MISCELLANEOUS\2017\17-0572-01-ORDER.wpd